

Ronald Wayne SMITH, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

Jack M. FARLEY, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.
Nos. 28988, 28989
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.
July 14, 1971.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The final order of the district court is reversed and the case is remanded with directions to vacate the judgment of conviction and sentence of the appel-

lant for violation of 26 U.S.C. § 4744(a). Harrington v. United States, 5th Cir. 1971, 444 F.2d 1190. The mandate of this Court will issue forthwith.

Reversed and remanded, with directions.

Ovidio Guerra MENDIETA, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.
No. 27952
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.
July 14, 1971.

Ovidio Guerra Mendieta, pro se.

Anthony J. P. Farris, U. S. Atty., James R. Gough, Asst. U. S. Atty., Houston, Tex., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The final order of the district court is reversed and the case is remanded with

---

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

directions to vacate the judgment of conviction and sentence of the appellant for violation of 26 U.S.C. § 4744(a). Harrington v. United States, 5th Cir. 1971, 444 F.2d 1190. The mandate of this Court will issue forthwith.

Reversed and remanded, with directions.